UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2008 JUL 18 P 2:22

BY_____, CLERK

R. MCLAUGHLIN, LTD.

VERSUS                                          CIVIL ACTION

BYNUM, GRACE & JOFFRION,                        NUMBER 08-66-FJP-CN
ET AL.

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that this matter shall be dismissed for failure to obey the Orders of the Court, in accordance with Rule 16(f) and Rule 37(b)(2)(C) of the Federal Rules of Civil Procedure, and as there are no viable defendants in this case.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July ___16___, 2008.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45285